**342**

STATE of Missouri, Respondent,

v.

**Gene Earl CONARD, Appellant.**

**No. 50039.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 25, 1986.

Motion for Rehearing and/or Transfer
Denied April 22, 1986.

William J. Shaw, Public Defender, for
appellant.

John M. Morris, Asst. Atty. Gen., for
respondent.

ORDER

PER CURIAM.

Defendant was convicted by a jury of
robbery-second degree, a Class B felony
and sentenced by the court as a persistent
offender to seven years imprisonment.
Judgment is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Eric HOUSE, Appellant.**

**No. 50195.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 25, 1986.

Motion for Rehearing and/or Transfer
Denied April 22, 1986.

William J. Shaw, Public Defender, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen.,
for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for
manslaughter, in violation of § 565.005,
RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Terry SHANNON, Appellant.**

**No. 48655.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 25, 1986.

Motion for Rehearing and/or Transfer
Denied April 22, 1986.

William J. Shaw, Public Defender, Clayton, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Defendant was convicted by a jury of the
Class C felony of stealing over one hundred
fifty dollars and was sentenced by the
court as a persistent offender to seven
years imprisonment. The judgment is affirmed. Rule 30.25(b).